**Order entered April 29, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01368-CR

**DENNIS WALKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F19-18616-H**

### ORDER

Before the Court is appellant's April 27, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before May 26, 2020.

/s/     LANA MYERS
       JUSTICE